
# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DAISY, INC., a Florida corporation,
individually and as the representative
of a class of similarly situated persons

    Plaintiff,

v.                                                Case No: 2:14-cv-564-FtM-38CM

POLLO OPERATIONS, INC.,
EDWARD PRIORE and JOHN
DOES 1-10,

    Defendants.

## ORDER

Before the Court is an Unopposed Motion for Special Admission of Catherine A. Miller, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 42), filed on January 29, 2015. Defendant Pollo Operations, Inc. ("Defendant"), through local counsel, moves for admission *pro hac vice* of attorney Catherine A. Miller, and the Local Rule 3.01(g) certification states that counsel for Plaintiff does not oppose Ms. Miller's admission. Doc. 42 at 3. Upon consideration of the motion, the Court finds that attorney Catherine A. Miller meets the requirements of Middle District of Florida Local Rule 2.02(a) and may appear *pro hac vice* on behalf of Defendant.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Unopposed Motion for Special Admission of Catherine A. Miller, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 42) is **GRANTED**.

2. Attorney Catherine A. Miller is hereby admitted to appear *pro hac vice* on behalf of Defendant in this matter. Ms. Miller is affiliated with the law firm Freeborn & Peters LLP, 311 S. Wacker Drive, Chicago, Illinois 60606, and is a member in good standing of the State Bar of Illinois and the United States District Court for the Northern District of Illinois.

3. Counsel is reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). As such, within **ten (10)** days of the date of this Order, counsel shall register to participate and docket in CM/ECF or show cause in writing within that time frame why counsel is unable to participate. Failure to register may cause the Court to revoke its permission to appear specially without further notice. If counsel has not already done so, within **fourteen (14) days** from the date of this Order, counsel shall pay the **$150.00 filing fee** along with the application for special admission to practice.[1]

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information. The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

- 3 -

4.    Counsel is further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."  M.D. Fla. R. 2.02(c).

5.    Attorney Mary Leslie Smith, of the law firm Foley & Lardner LLP, One Biscayne Tower, Suite 1900, 2 South Biscayne Boulevard, Miami, Florida 33131-2131, is a member in good standing of the Bar of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Defendant pertaining to this cause of action.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of January, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record