UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAISY, INC., a Florida corporation, individually and as the representative of a class of similarly situated persons

        Plaintiff,

v.                                    Case No:  2:14-cv-564-FtM-38CM

POLLO OPERATIONS, INC., EDWARD PRIORE and JOHN DOES 1-10,

        Defendants.
_____/

## ORDER[1]

    This matter comes before the Court on the Plaintiff, Daisy, Inc.'s Motion for Class Certification and Request for Status Conference (Doc. #5) filed on October 1, 2014.  The Plaintiff moves the Court for class certification pursuant to Fed. R. Civ. P. 23, however, on March 27, 2015, the Court dismissed the Plaintiff's Class Action Complaint due to lack of a factual basis to support the class claim.  The Court granted leave to amend and provide a factual basis for the class claims.

    On April 2, 2015, the Plaintiff filed its Amended Complaint and Class Action Claim (Doc. #56).  Therefore, the instant Motion to Certify the Class is moot.  The Plaintiff is

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

given leave to file an amended claim for class certification which includes the amended factual basis included in its Amended Complaint.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Daisy, Inc.'s Motion for Class Certification and Request for Status Conference (Doc. #5) is **DENIED as moot**.  The Plaintiff is given leave to file an Amended Motion for Class Certification.  The Amended Motion for Class Certification is due on or before **May 28, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record