UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION
CASE NO. 2:14-cv-00564-SPC-CM

DAISY INC., a Florida corporation
Individually and as representative of a
Class of similarly-situated persons
         Plaintiff,

vs.

POLLO OPERATIONS, INC,
EDWARD PRIORE AND JOHN DOES 1-10
         Defendant.

Deadline to file motions: xx/xx/xx

Pretrial Conference: xx/xx/xx

Calendar Call: xx/xx/xx

Trial Period: xx/xx/xx
No. of extension requests: First One

Referred to Magistrate: Yes/No

## DEFENDANT EDWARD PRIORE'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF'S

**COMES NOW, DEFENDANT EDWARD PRIORE** (hereinafter referred to as "PRIORE") and in support of the above Motions states as follows:

1. On or about Feb 2, 2015, I sent to Plaintiff's attorney Defendant PRIORE's First Set of Interrogatories and Notice to Produce.

2. On or about March 3, 2015, I did not receive the Answers nor any Documents Requested.

3. I certify I called the Wanca firm to try and come to an agreed Order but was unable to reach Ryan Kelly.

4. I ask the Court to Compel Plaintiff's to provide the required discovery to Defendant Priore.

WHEREFORE I ask the Court to enter an Order to compel Plaintiff's to provide Defendant PRIORE with Answers to Interrogatories and Documents Pursuant the Request.

EXHIBIT A - 1 of 2

I hereby certify that a true and correct copy of the foregoing was sent to Plaintiffs counsel and the Court.

_____   3-9-15
Edward Priore
1541 NW 180th Way
Pembroke Pines FL 33029

EXHIBIT A 2-of 2