UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAISY, INC., a Florida corporation,
individually and as the representative
of a class of similarly situated persons

      Plaintiff,

v.                                      Case No: 2:14-cv-564-FtM-38CM

POLLO OPERATIONS, INC.,
EDWARD PRIORE and JOHN
DOES 1-10,

      Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend Case Management and Scheduling Order (Doc. 90), filed on August 5, 2015. Plaintiff requests an extension of the deadlines for filing an amended motion for class certification, Defendants' disclosure of expert reports and the discovery deadline so that the parties can further explore settlement and identify how many faxes are at issue.

The Court may extend any deadline for "good cause." Fed. R. Civ. P. 6(b)(1). Although Defendant Pollo Operations, Inc. does not oppose the extension, the Court also must consider the effect of an extension on the remaining case management deadlines. The discovery deadline currently is September 1, 2015. Doc. 35. Thus, extending the deadline for Defendants' expert disclosures to September 18, 2015 request renders the discovery deadline impractical. Plaintiff therefore also seeks an

extension of the discovery deadline to October 1, 2015. Extension of the discovery deadline will necessitate extending all remaining case management deadlines.

As the Related Case Order and Track Two Notice, entered in this case on September 25, 2014, explains, the Court recommends that the discovery deadline occur five (5) months before trial to allow time for dispositive motions to be filed and decided. Doc. 6 at 4. Similarly, that Order states that the Court *requires* that the deadline for filing dispositive, *Daubert* and *Markman* motions occur four (4) months or more before the trial term begins. *Id.* at 5. The dispositive motions deadline currently is October 1, 2015 and this case is set for the trial term beginning February 1, 2016. Doc. 35 at 1, 2. The Court therefore cannot extend the deadline for Defendants' disclosure of expert reports and the discover deadline without also extending the deadline for filing dispositive, *Daubert* and *Markman* motions.

Extending the dispositive motions deadline by any length of time no longer leaves the required four months between the deadline and the beginning of the trial term. The Court therefore will extend all remaining case management deadlines.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Amend Case Management and Scheduling Order (Doc. 90) is **GRANTED**.

2. Plaintiff shall have up to and including **September 4, 2015** during which to file an amended motion for class certification. An amended case management and

scheduling order memorializing all remaining case management deadlines will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of August, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
*Pro se* party